

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
AMTRUST BANK,

                    Plaintiff,

v.

SHARON FRIDAY,

                    Defendant.

Case No: 2:09-cv-02624 (TCP)(WDW)

**PROPOSED ORDER OF
DEFAULT JUDGMENT**

       This action having been commenced on June 19, 2009 by the filing of the Complaint, and a copy of the Summons and Complaint having been properly served on the Defendant Sharon Friday on June 25, 2009 and a proof of service having been filed on July 9, 2009 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant Sharon Friday in the amount of $9,945,982.36 in compensatory damages and attorneys' fees of $229,446.65 for a total judgment of $10,175,429.01, plus interest on this amount accruing at 9% until the judgment is paid in full.

Dated: April 5, 2011
       Central Islip, New York

_____
U.S.D.J.

This document was entered on the docket on _____.